UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| Plaintiff,   ) | |
| )  | |
| v.   ) | Civil Action No. **12-cv-61986-Cooke/Turnoff** |
| )  | |
| ALEJANDRO RIOS a/k/a ALEJANDRO   ) | |
| JAVIER RIOS,   ) | |
| )  | |
| Defendant.   ) | |

### SUMMONS IN A CIVIL ACTION

To:   Alejandro Rios
      34 SE 14 Street
      Dania, FL  33004

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are the United Stated or a United States Agency, or an officer or employee of the United States described in Fed.R.Civ.P. 12(a)(2) or (3)- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served upon PLAINTIFF'S ATTORNEY:

**LUIS F. NAVARRO, P.A**
**Attorneys at Law**
P.O. Box 34-7530
Coral Gables, FL 33234

   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

   **10/9/12**
_____

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Valerie Kemp
Deputy Clerk
U.S. District Courts